Mrs. Adele Hebert CHAUVIN v. J. G. DUPLANTIS.

No. 1485.

Court of Appeal of Louisiana. First Circuit.

June 29, 1935.

Harris Gagne, of Houma, for appellant.

Ellender & Ellender, of Houma, for appellee.

LE BLANC, Judge.

For the reasons contained in the opinion this day handed down in the consolidated cases of Mrs. Vanolia Hebert Domangue et al. v. J. G. Duplantis, and Mrs. Adele Hebert Chauvin v. J. G. Duplantis (La. App.) 162 So. 596.

It is ordered that the judgment appealed from in this case be, and the same is hereby, affirmed at the costs of the appellant.